# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 307 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE DISCIPLINARY BOARD OF PENNSYLVANIA | : : | DISCIPLINARY BOARD APPOINTMENT DOCKET |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of January, 2020, James C. Haggerty, Esquire, is hereby designated as Chair, and John F. Cordisco, Esquire, as Vice-Chair, of the Disciplinary Board of Pennsylvania, commencing April 1, 2020.